LOUIS KROLL, Doing Business under the Firm Name and Style of DOUGLAS ROOFING COMPANY, Respondent, v. THE ROBERT GRAVES COMPANY, Appellant, Impleaded with JACOB POLAND, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

MARY NAPPI, Respondent, v. SOUTH BROOKLYN RAILWAY COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

JULIUS P. NOWELL, Respondent, v. NATHAN EIBSCHUTZ, Appellant.— Judgment and order denying defendant's motion to set aside verdict and for new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

SARAH OSBORNE, as Executrix, etc., of HENRY OSBORNE, Deceased, Respondent, v. WILLIAM J. PHILLIPS, Appellant.— Judgment modified by reducing amount of recovery to the sum of $12,000, and as so modified judgment and order denying motion for a new trial unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

GIOVANNINA PEPE, as Administratrix, etc., of LEONARD PEPE, Deceased, Respondent, v. NEWS SYNDICATE CO., INC., Appellant.— Judgment reversed upon the law, and new trial granted, with costs to abide the event. We think under the facts disclosed by the record that the defendant was entitled to have the jury instructed that if the accident happened substantially as outlined by defendant's witnesses, the verdict of the jury should be for the defendant, and that it was prejudicial error for the court to refuse this request. (*Ford* v. *N. Y. City Interborough R. Co.*, 236 N. Y. 346, 350.) Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY MARTINS, Appellant.— Judgment of conviction of the City Magistrates' Court, borough of Queens, modified by reducing the fine to fifty dollars, and as so modified unanimously affirmed. Under section 610 of the Greater New York charter,* the punishment is limited to a fine of fifty dollars. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

AIMEE C. SALTER, Appellant, v. WILLIAM SALTER, Respondent.— Judgment reversed on the facts, and interlocutory decree of divorce in favor of the plaintiff directed. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur. Submit findings and order.

BESSIE SHAINFIELD, Respondent, v. LINDLEY M. GARRISON, as Receiver of the BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.